IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORTEZ WILLIE SHIELDS,

    Plaintiff,

  v.

DANE COUNTY JAIL MENTAL
HEALTH DEPT, DANE COUNTY JAIL
MENTAL HEALTH DEPT, LT. TONY,
SARAH L., CAPT ANNHALT, SARAH
APRIL, DO A C ROUNDS, UNKNOWN
NM, SL, AB, AS, GM and
BRITTANY B. KOCH, *now known as
Brittany Lindsley*, et al.

    Defendants.

Case No. 17-cv-266-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/20/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |